IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR133 |
| | ) | |
| v. | ) | |
| | ) | |
| LEE THAYER-SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on the motion to withdraw of John S. Natvig (Filing No. 45).  Noting that new counsel has filed an appearance,

      IT IS ORDERED that the motion of Jon S. Natvig is granted.  Jon S. Natvig is deemed withdrawn as counsel for defendant.

      DATED this 14th day of July, 2010.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court