# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR133 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LEE C. THAYER-SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Lee C. Thayer-Smith (Thayer-Smith) for release pending sentencing (Filing No. 48). After reviewing the Pretrial Services report, Thayer-Smith's criminal and substance abuse history, his prior violation of pretrial release, and his noncompliance with a prior cooperation agreement, the motion for release (Filing No. 48) is denied.

**IT IS SO ORDERED.**

DATED this 26th day of August, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge