IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR133 |
| | ) | |
| v. | ) | |
| | ) | |
| LEE C. THAYER-SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 16, 2012, the defendant appeared through counsel on a motion for reduction of sentence (Filing No. 59) filed by the plaintiff pursuant to Rule 35 of the Federal Rules of Criminal Procedure. After considering the comments of the parties and the Sealed Statement (Filing No. 61) filed by the plaintiff, and after evaluating the assistance provided by the defendant, the Court finds that the government's motion for reduction of sentence should be granted. Accordingly,

IT IS ORDERED:

1. The government's motion for reduction of sentence is granted.

2. Defendant is sentenced to 70 months. Defendant is to be given credit for time served under the previous Judgment (Filing No. 55), which was signed and filed on October 12, 2010.

      3.  All other terms and conditions of the previous Judgment (Filing No. <u>55</u>) remain in full force and effect.

      DATED this 16th day of February, 2012.

      BY THE COURT:

      /s/ Lyle E. Strom

      ―――――――――――――――――
      LYLE E. STROM, Senior Judge
      United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____